**LAW OFFICE OF IRENE KARBELASHVILI**
Irene Karbelashvili, State Bar Number 232223
Irakli Karbelashvili, State Bar Number 302971
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-013
Fax: (408) 295-0142

Attorneys for RACHELLE RIDOLA, Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHELLE RIDOLA, <br><br> Plaintiff, <br><br> MOTEL 6 OPERATING LP, a Delaware limited partnership, d/b/a MOTEL 6; G6 HOSPITALITY PROPERTY LLC, a Delaware limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:16-cv-02417-BLF <br><br> **STIPULATION WITH [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

### STIPULATION

RACHELLE RIDOLA ("Plaintiff") and Defendants MOTEL 6 OPERATING L.P., a Delaware limited partnership, d/b/a MOTEL 6; G6 HOSPITALITY PROPERTY LLC, a Delaware limited liability company (collectively "Defendants") stipulate as follows:

1. This action shall be dismissed with prejudice.
2. All parties shall bear their own costs and fees in the action.
3. The Court shall retain jurisdiction over the parties' CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE OF CLAIMS.

**IT IS SO STIPULATED.**

Dated: January 16, 2017      */s/ Irene Karbelashvili*
Irene Karbelashvili, Attorney for
Plaintiff RACHELLE RIDOLA

Dated: January 17, 2016      */s/Myra B. Villamor*
Myra B. Villamor, Attorney for
Defendants MOTEL 6 OPERATING, L.P. and
G6 HOSPITALITY PROPERTY, LLC.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I, Irene Karbelashvili, hereby attest that I received the concurrence of Defendants' counsel in the filing of this document.

*/s/ Irene Karbelashvili*
Irene Karbelashvili

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Having reviewed the above Stipulation for Dismissal with Prejudice by Plaintiff RACHELLE RIDOLA ("Plaintiff") on the one hand and Defendants MOTEL 6 OPERATING, L.P. and G6 HOSPITALITY PROPERTY, LLC. ("Defendants") on the other hand,

**IT IS HEREBY ORDERED** that:

1. This action be dismissed with prejudice.
2. All parties shall bear their own costs and fees in the action.
3. The Court retains jurisdiction over the parties' CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE OF CLAIMS.
4. The Clerk shall close the case file.

Dated: _____            /s/ Beth Labson Freeman
                                          United States District Judge